LOUIS LAPIDUS, Appellant, *v.* ABRAHAM CANNO et al., Respondents.

*Contract — breach of agreement to transfer share of business free and clear of incumbrances — action for cancellation on ground of fraud.*

*Lapidus* v. *Canno,* 180 App. Div. 13, affirmed.

(Argued October 11, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 25, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Defendants Abraham and Max Canno owned and conducted a creamery business. Plaintiff entered into an agreement with Max Canno to purchase his share of ·the business which it was agreed should be transferred free and clear of incumbrances. The agreed purchase price was paid and plaintiff and defendant Abraham Canno executed articles of copartnership for carrying on the business. Thereafter plaintiff discovered that three judgments were docketed against defendants at the time of the conveyance of which he was ignorant. The defendant Abraham Canno also breached the partnership agreement and took possession of the partnership property. The complaint demanded the cancellation of the conveyances; the return to plaintiff of the purchase price and a lien upon the property upon the ground of the fraudulent representation and conspiracy on the part of the defendants to defraud the plaintiff.

*Andrew Colvin* for appellant.

*Herman M. Schaap* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.